IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,

v.

JAMES GOODSETT, PAUL HICKS,
PHILIP KURLEY, GUPTA PANKHA,
ROD PETERSON, DR. ROWE,
JAMES SEHLOFF and L. WILLIAMS,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-309-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____    _____
Peter Oppeneer, Clerk of Court                      Date

(signed) Peter Oppeneer    5/9/12